UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HERNANDEZ-SANTOS,<br><br>                           Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, et. al.,<br><br>                          Respondents. | Case No.: 25-CV-3231 JLS (AHG)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 11) |

On December 24, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 11), and Petitioner was given a bond hearing. Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 8 at 9. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 3. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

///
///
///
///

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 26, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge